# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

UNITED STATES OF AMERICA            )
                                     )
                                     )

Plaintiff(s)

vs.                                  )   3:20-mj-46-01
JACKSON CURTIS MARTIN                )
                                     )
                                     )

Defendant(s)

**HEARING ON** Initial Appearance *videoconference w/ CCP.*
March 23, 2020  11:00a.m.

Before Judge   Keith A. Pesto ✓

Maureen Sheehan-Balchon, Jr. AUSA ✓        ✓ Douglas Sughrue, Esq. — in courtroom

Appear for Plaintiff                        Appear for Defendant

Hearing began 11:20                         Hearing adjourned to
                                            Stenographer
Hearing concluded C.A.V. 11:40           ✓ Shirley Hall

advised of rights, consensual/waived physical presence (FRCP 5)
detained pending action of grand jury or preliminary hearing (to be scheduled)