# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

UNITED STATES OF AMERICA           )
_____    )
_____    )

Plaintiff(s)

vs.                                )    3:20-mj-46- KAP
JACKSON CURTIS MARTIN, III         )
_____    )
_____    )

Defendant(s)

**HEARING ON** Preliminary Examination  April 16, 2020  1:30 p.m. via video-conference — *defendant by video.*

Before Judge   Keith A. Pesto

*Sean Fox from IT*

| | |
|---|---|
| Maureen Sheehan-Balchon  AUSA | Douglas Sughrue, Esq. |
| Appear for Plaintiff | (Art McQuillan for co-defendant also here) Appear for Defendant |
| Hearing began  1:30pm | Hearing adjourned to |
| Hearing concluded C.A.V.  2:20 pm | Stenographer Shirley Hall |

Agent Connolly for ICE in court

charges held for court.

✷ all standing orders relative to COVID-19 incorporated by reference